PHILIP ZWICKER, Appellant, Respondent, v. DAVID ULLMAN, BEN ULLMAN and RICHARD ULLMAN, Respondents, Appellants.— Order unanimously modified by striking out item 8 of plaintiff's notice of motion for examination of defendants before trial, and as so modified affirmed, without costs. No opinion. The dates for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Arbitration of Certain Differences between NEW YORK LIFE INSURANCE COMPANY, Respondent, and JAMES A. TILLMAN, Appellant. (" Bund " Contract; Claim on Niebuhr Policy: Demand for Arbitration under Subdivision [b] of Paragraph 2 of Section VIII of Contract.) (Arbitration under " Bund " Contract of July 18, 1930: Claim of Niebuhr Policy No. 4621065: Re Sufficiency of Proofs.)— Judgments, and orders entered May 17th, 1939, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

FRANCO-BELGIAN IMPORTING CO., INC., v. EMIGRANT INDUSTRIAL SAVINGS BANK and LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of the Lawyers Title & Guaranty Company, and Another.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

STEBELL REALTY CORPORATION and Another v. PECHTER BAKING Co., INC., and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of JOHN D. LORE for an Order of Mandamus against RUSSELL FORBES, as Commissioner of Purchase of the City of New York.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MEADO-LAWN HOMES, INC., v. WESTCHESTER LIGHTING COMPANY and Another. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

JOHN K. AYEW, as President of the GOLD COAST FARMERS ASSOCIATION, v. WILLARD HAWES & Co., INC., and Others, Impleaded with AFRICAN COCOA & MAHOGANY Co., INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

KATHLEEN FUQUA, on Behalf of Herself and o n Behalf of All Other Stockholders of the KNICKERBOCKER DISCOUNT CORPORATION OF NEW YORK, and Others v. E. NELSON SIMS and Others, Impleaded with FRANCES S. COPELAND, as Administratrix, etc., of ROYAL S. COPELAND, Deceased.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

NICHOLAS CIRILLO v. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

In the Matter of the Petition of VALHALLA CORP. and JACOB O. PEDERSEN against JOSEPH D. McGOLDRICK, as Comptroller of the City of New York, and Others. (Appeal No. 1.) — Motion for leave to appeal to the Court of Appeals

or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the Petition of VALHALLA CORP. and JACOB O. PEDERSEN against JOSEPH D. MCGOLDRICK, as Comptroller of the City of New York, and Others. (Appeal No. 2.) — Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of ALFRED CERUTTI, an Incompetent. GIUSEPPE GIAVANI, Committeeman; LORENZO BONFANTINI, Committeeman, and MAURICE JOSEPHBERG, Committeeman.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

ISABEL L. KLEIN v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES. ISABEL L. KLEIN v. THE COMMERCIAL TRAVELERS MUTUAL ACCIDENT ASSOCIATION OF AMERICA.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

SAMUEL KAUFMAN and Others v. LOUIS JACKNOWITZ and Another.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

RUDOLPH FLUEGGE v. BRYANT PARK BUILDING, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

WOLFE B. FEIGENBAUM, Individually, and as a Stockholder of FOLKLAND APARTMENTS, INC., etc., v. BENJAMIN FEIGENBAUM, Impleaded with NEW YORK STATE TEACHERS RETIREMENT SYSTEM and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

UNITED STATES FIDELITY AND GUARANTY COMPANY v. ARTHUR H. GOETZ and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

SAMUEL LEECH and Others v. HENRY J. FULLER and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of GEORGE D. QUIMBY, JR., and EDWARD F. BRADY to Review the Action of the Inspectors of the Primary Election and the Custodians of Records of the Primary Records of the Counties of Bronx and New York, in Counting the Ballots Cast and the Canvassing and Recording of the Results of the Primary Election for District Delegates and District Alternates to the National Convention of the Republican Party in the Twenty-second Congressional District of the State of New York, etc., for an Order to Determine Any Questions Arising in Respect of the Protested, Wholly Blank or Void Ballots in Such Districts, etc., against RICHARD W. LAWRENCE and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of LINLEY MERRITT v. THOMAS W. MERRITT.— Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 242.]